UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    Brian C Naber <br><br>               Debtor | CASE NO: 09-32271 <br>        (Chapter 13) <br><br> JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083055**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 16 | LEAH PAGE FKA LEAH NABER <br> 2860 CLEVELAND AVE <br> APT 234 <br> ST JOSEPH MI, OH  49085 | 933.45 |
| 9/ 18 | GE MONEY BANK dba MORRIS FURN <br> GE CONSUMER FINANCE <br> BOX 960061 <br> ORLANDO, FL  32896 | 239.83 |

                                            /s/ Jeffrey M. Kellner
                                            Jeffrey M. Kellner  0022205
                                            Chapter 13 Trustee
                                            131 N LUDLOW ST   SUITE 900
                                            DAYTON, OH  45402-1161
                                            (937)222-7600   Fax (937)222-7383
                                            email: chapter13@dayton13.com

                                            Dated: 6/7/2011

Certificate of Service 09-32271

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| Brian C Naber | JEFFREY P ALBERT | (1.1n) |
| 3255 Waltham Avenue | 4403 N MAIN ST | CAPITAL ONE AUTO FINANCE |
| Kettering, OH 45429 | DAYTON, OH 45405 | BOX 829009 |
| | | DALLAS, TX 75382 |
| (18.1) | (16.1) | |
| GE MONEY BANK dba MORRIS FURN | LEAH PAGE FKA LEAH NABER | |
| GE CONSUMER FINANCE | 2860 CLEVELAND AVE | |
| BOX 960061 | APT 234 | |
| ORLANDO, FL 32896 | ST JOSEPH MI, OH 49085 | |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv

0932271_42_20110607_1545_278/T317_sv
###